UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

              Plaintiff,

– against –

496 LAGUARDIA RESTAURANT, INC., *a New York corporation doing business as* MOCHA BURGER, and R&N ASSETS LLC, *a New York limited liability company*,

              Defendants.

**ORDER**

21 Civ. 4425 (ER)

Ramos, D.J.:

    Defendants 496 Laguardia Restaurant Inc. and R&N Assets LLC were served with process on July 8, 2021.  Docs. 17, 18.  Accordingly, their deadline to respond to the Amended Complaint was July 29, 2021.  There has been no further activity in this case.  Plaintiff is therefore instructed to move for a default judgment against Laguardia and R&N pursuant to the Court's individual practices by September 27, 2021.  Failure to do so may result in dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:   September 7, 2021
            New York, New York

                                                              Edgardo Ramos, U.S.D.J.