UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                Plaintiff,

      v.

496 LAGUARDIA RESTAURANT INC., *a New York corporation doing business as* Mocha Burger, and R&N ASSETS LLC, *a New York limited liability company*,

                Defendants.

**ORDER**

21 Civ. 4425 (ER)

RAMOS, D.J.

    On June 19, 2021, Kiran Vuppala filed the Amended Complaint against 496 Laguardia Restaurant Inc. ("Laguardia Restaurant") and R&N Assets LLC ("R&N"). Doc. 13. Laguardia Restaurant and R&N were served with process on July 8, 2021. Docs. 17, 18. On September 7, 2021, the Court instructed Vuppala to move for a default judgment against Laguardia Restaurant and R&N by September 27, 2021. Doc. 19. The Court granted Vuppala's three requests for extensions of time to move for a default judgment. Docs. 20–25. To date, Vuppala has not done so.

    Vuppala is therefore directed to move for a default judgment against Laguardia Restaurant and R&N pursuant to the Court's individual practices by **April 19, 2022**. Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute

pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:  April 12, 2022
         New York, New York

                                                        Edgardo Ramos, U.S.D.J.